UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ERNIE HUNT and DENISE
HUNT,

    Plaintiffs,

v.                                    Case No. 5:21-cv-359-BJD-PRL

WELLS FARGO BANK NA,
National Banking Association,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Plaintiffs' Notice of Voluntary Dismissal with Prejudice (Doc. 38; Notice) filed by Plaintiff on July 13, 2022. In the Notice, Plaintiffs state that they voluntarily dismiss the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    Each party shall bear its own costs and fees.

    3.    The Clerk of the Court is directed to close the file.

- 2 -

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of July, 2022.

/s/ Brian J. Davis

BRIAN J. DAVIS
United States District Judge

cs
Copies to:

Counsel of Record